■ SAMUEL A. STORNELLI, Appellant, v. STATE OF NEW YORK, Respondent. — Motion granted to extent appeal may be prosecuted upon one copy of stenographer's minutes, an original and five typewritten copies of the judgment roll

and five typewritten briefs, on condition records and briefs are filed on or before July 15, 1960.